IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PTW MEDIA LLC,

      Plaintiff,

v.                                                                          No. 1:22-cv-00134-KK

PENG CHEN,

      Defendant.

### ORDER REGARDING REPRESENTATION OF PLAINTIFF

**THIS MATTER** comes before the Court on Plaintiff's Complaint for Copyright Infringement, Doc. 1, filed February 23, 2022.

The Complaint was signed and filed by Harbans Lal, "Representative Appointee of the Plaintiff," and states:

> [Plaintiff] PTW MEDIA LLC adopted a Resolution appointing Harbans Lal, Company Manager, authorizing to represent said corporation to appear before the New Mexico District Court, sign, file and submit the verified complaint, affidavits, petition, claims, and any other paper/documents/pleadings as may be required to file in court or within any other authorities in connection with the civil suit against [Defendant] Peng Chen.

Complaint at 3, ¶ 10.

Harbans Lal is not an attorney authorized to practice before this Court. "A corporation, partnership or business entity other than a natural person must be represented by an attorney authorized to practice before this Court." D.N.M.LR-Civ. P. 83.7.

**IT IS ORDERED** that Plaintiff shall, within 21 days of entry of this Order, either have an attorney authorized to practice before this Court appear in this case on behalf of Plaintiff, or show cause why the Court should not dismiss this case for failure to comply with D.N.M.LR-Civ. P. 83.7. If Plaintiff has an attorney appear on its behalf, the attorney shall, within 21 days of

appearing, either sign the Complaint or file an amended complaint. Failure to timely have an attorney appear or to show cause may result in dismissal of this case.

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**